**FILED**

03/20/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0490

## IN THE SUPREME COURT OF THE STATE OF MONTANA
## CAUSE NO. DA 2019-0490

GRIZ ONE FIREFIGHTING, LLC,　　　　　)
　　　　　　　　　　　　　　　　　　)
　　　　　　Appellant,　　　　　　　)
　　　　　　　　　　　　　　　　　　)
　　　-vs-　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　)
STATE OF MONTANA,　　　　　　　　　)
DEPARTMENT OF LABOR AND　　　　　　)
INDUSTRY, EMPLOYMENT　　　　　　　　)　　　**ORDER GRANTING**
RELATIONS DIVISION and　　　　　　　)　　**UNOPPOSED MOTION FOR**
MATTHEW SEAN WEST,　　　　　　　　　)　　　**EXTENSION OF TIME**
　　　　　　Appellees.　　　　　　　)
　　　　　　　　　　　　　　　　　　)

Pursuant to Rule 26(1), Mont.R.App.P., Appellees Matthew Sean West and

State of Montana, Department of Labor & Industry, Employee Relations Division,

are given an extension of time until May 11, 2020, to prepare, file and serve their

Answer Brief to Appellant's Opening Brief.

DATED this _____ day of March, 2020.

_____

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
March 20 2020